**Rocco SANTOMENNO, Petitioner,**

v.

**DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT,**
Respondent.

No. 2008–3063.

United States Court of Appeals,
Federal Circuit.

Oct. 9, 2008.

Alan J. Baldwin, Broderick, Newmark & Grather, Morristown, New Jersey, for petitioner.

Elizabeth A. Holt, Trial Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, for respondent. With her on the brief were Gregory G. Katsas, Acting Assistant Attorney General, Jeanne E. Davidson, Director, and Martin F. Hockey, Jr., Assistant Director.

RADER, SCHALL, Circuit Judges, and ALSUP *, District Judge.

### Judgment

PER CURIAM.

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

*AFFIRMED.* *See* Fed. Cir. R. 36.